IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ADAM CARLTON HOWARD,                )
                                    )
        Petitioner,                 )
                                    )
v.                                  )        CASE NO.  3:12-cv-504-WHA
                                    )        [wo]
FREDDIE BUTLER, *et al.*,,           )
                                    )
        Respondents                 )

**OPINION and ORDER**

On August 17, 2012, the Magistrate Judge filed a Recommendation that the 28

U.S.C. § 2241 petition for habeas corpus be dismissed without prejudice so that Petitioner

may exhaust all available state court remedies.  (Doc. No. 10).  No timely objections have

been filed.  Upon an independent review of the file in this case and upon consideration of

the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED, and this case is hereby DISMISSED with prejudice.  A

Judgment in favor of the Respondent shall be forthcoming.

DONE this 13th day of September, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
UNITED STATES DISTRICT JUDGE